UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

                Plaintiff,

-against-

INVESTAID CORPORATION

                Defendant.

Civ. No.

## EXPLANATION OF RELATEDNESS

Pursuant to Rule 15 of the Rules for the Division of Business Among District Judges, this case is related to Case No. 07-4106 pending before District Judge Cote. This case is filed by the same plaintiff and asserts the same claims against a different, but similarly situated defendant, pursuant to the same or similar provisions of a nearly-identical contract. The subject matter of the cases – the defendant's obligation to repurchase mortgage loans purchased by plaintiff – is identical. Therefore, assigning this case as a related case to District Judge Cote will result in substantial judicial economy and saving of judicial resources.