AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

V.

INVESTAID CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4123**

TO: (Name and address of defendant)

INVESTAID CORPORATION
24315 Northwestern Highway, Suite 100
Southfield, Michigan 48075

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              MAY 2 5 2007

CLERK                                                            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                                        Signature of Server

                                                                          _____
                                                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B-151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

Blumbergs Law Products

©1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

COURT  UNITED STATES DISTRICT COURT
COUNTY OF           SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

Index No. 07 CV 4123

*Plaintiff(s)*

against

*AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)*
SEE ATTACHED RIDER

INVESTAID CORPORATION

*Defendant(s)*

STATE OF ~~NEW YORK~~ MICHIGAN COUNTY OF OAKLAND  SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at SOUTHFIELD, MICHIGAN
That on 6/4/07 at 1:30 PM., at 24315 NORTHWESTERN HIGHWAY, SOUTHFIELD, MICHIGAN
deponent served the within summons, *and complaint* on  INVESTAID CORPORATION  defendant therein named,
SEE ATTACHED RIDER          BY SERVING REGISTERED AGENT
                            ROBERT M. RUBIN

**INDIVIDUAL** 1. ☒ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☐ a                  corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                  thereof.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy *of each* to                  a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                  and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                  in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☒ 5'0"-5'3"  ☒ 100-130 Lbs.
          ☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
          ☐ Brown Skin  ☒ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
          ☐ Red Skin  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6-5-07

CYNTHIA J. OTT
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission expires August 20, 2013
Acting in the County of Oakland

BONNIE PHILLIPPI

License No. ...........................

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.

                                                                 Plaintiff,

        vs.

INVESTAID CORPORATION

                                                                 Defendants.

------------------------------------------------------------------X

Case No.
07 CV 4123

RIDER TO
AFFIDAVIT OF
SERVICE

List Of Documents Served:

- Summons In A Civil Case

- Complaint With Exhibits 1-3

- Explanation Of Relatedness

- Statement Pursuant To Rule 7.1 Of The Federal Rules Of Civil Procedure

- Civil Cover Sheet

- Individual Practices In Civil Cases Denise Cote, United States District Judge

- Individual Rules Of Practice Of Judge Kevin Nathaniel Fox

- Procedures For Electronic Case Filing

- Guidelines For Electronic Case Filing

- 3rd Amended Instructions For Filing An Electronic Case Or Appeal