```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,               :
                                            :    07 CIV. 4106(DLC)
                Plaintiff,                  :    (KNF)*
                                            :
        -v-                                 :
                                            :       ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,      :    REFERENCE TO A
d/b/a ZONE FUNDING,                         :    MAGISTRATE JUDGE
                Defendant.                  :
----------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,               :
                                            :    07 CIV. 4109
                Plaintiff,                  :
                                            :
        -v-                                 :
                                            :
BALTIMORE AMERICAN MORTGAGE                  :
CORPORATION, INC.,                          :
                Defendant.                  :
----------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,               :
                                            :
                Plaintiff,                  :    07 CIV. 4115
                                            :
        -v-                                 :
                                            :
FIRST CAPITAL MORTGAGE CORP.,               :
                                            :
                Defendant.                  :
----------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,               :
                                            :    07 CIV. 4116
                Plaintiff,                  :
                                            :
        -v-                                 :
                                            :
ACT LENDING CORPORATION,                    :
                                            :
                Defendant.                  :
----------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,               :
                                            :
                Plaintiff,                  :    07 CIV. 4118
                                            :
        -v-                                 :
                                            :
COMMONSENSE MORTGAGE CORPORATION, INC.,     :
                                            :
                Defendant.                  :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 | 13 | 07

```
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4119
                                     :
        -v-                          :
                                     :
LENDER, LTD.,                        :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4120
                                     :
        -v-                          :
                                     :
MARIBELLA MORTGAGE, LLC,             :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4121
                                     :
        -v-                          :
                                     :
LANCASTER MORTGAGE BANKERS, LLC,     :
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :   07 CIV. 4122
                Plaintiff,           :
                                     :
        -v-                          :
                                     :
GREAT NORTHERN FINANCIAL GROUP, INC.,:
                                     :
                Defendant.           :
------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
                Plaintiff,           :   07 CIV. 4123
                                     :
        -v-                          :
                                     :
INVESTAID CORPORATION,               :
                                     :
                Defendant.           :
------------------------------------ :
```

2

```
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                   Plaintiff,              :    07 CIV. 4124
                                           :
        -v-                                :
                                           :
CAMERON FINANCIAL GROUP, INC.,             :
                                           :
                   Defendant.              :
-------------------------------------      :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                   Plaintiff,              :    07 CIV. 4125
                                           :
        -v-                                :
                                           :
TRANSNATIONAL FINANCIAL NETWORK, INC.,     :
                                           :
                   Defendant.              :
-------------------------------------      :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                   Plaintiff,              :    07 CIV. 4126
                                           :
        -v-                                :
                                           :
BAYROCK MORTGAGE CORPORATION,              :
                                           :
                   Defendant.              :
-------------------------------------      :
DB STRUCTURED PRODUCTS, INC.,              :
                                           :
                   Plaintiff,              :    07 CIV. 4127
                                           :
        -v-                                :
                                           :
IFREEDOM DIRECT CORPORATION, f/k/a NEW     :
FREEDOM MORTGAGE CORPORATION,              :
                                           :
                   Defendant.              :
-------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes         _____  Consent under 28 U.S.C.
    scheduling, discovery, non-                Section 636(c)
    dispositive pretrial                       for all purposes (including
    motions, and settlement)                   trial)

\_\_\_ Specific Non-Dispositive
Motion/Dispute\*

\_\_\_ \_\_\_ Consent under 28 U.S.C.
Section 636(c) for limited
purpose (e.g., dispositive
motion, preliminary
injunction

Purpose:

_____

_____

\_\_\_ If referral is for discovery
disputes when  the District
Judge is unavailable, the
time period of the referral:

_____ Habeas Corpus

_____

__X__ Settlement\*

_____ Social Security

\_\_\_ Inquest After
Default/Damages Hearing

_____ Dispositive Motion (i.e.,
motion requiring a Report
and Recommendation)

Particular Motion:

_____

_____

---

\*     Do not check if already referred for general pretrial.

SO ORDERED:

DATED:    New York, New York
          August 10, 2007

          DENISE COTE
          United States District Judge

4