~~545~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

        Plaintiff,

        -against-

INVESTAID CORPORATION

        Defendant.

**ECF CASE**

**07 Civ. 4123 (DLC)**

**ORDER TO SHOW CAUSE**

**Date: September 14, 2007**

**Time: 12:00 p.m.**

Having read the Affidavit of John P. Doherty, dated August 22, 2007; a copy of the Complaint; a copy of the Affidavit of Service of the Summons and Complaint, dated June 4, 2007; and the Certificate of Default entered by the Clerk of the Court on August 16, 2007:

**IT IS ORDERED**, that Defendant Investaid Corporation appear before Judge Denise L. Cote in Courtroom 11B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007 at the above date and time to show cause why a default judgment should not be issued, and why the Court should not proceed to an inquest, if necessary, to determine the amount of damages; and it is further

**ORDERED**, that a copy of (i) this Order; (ii) Summons; (iii) Complaint; (iv) Affidavit of Service of the Summons and Complaint; (v) the proposed Default Judgment; (vi) Certificate from the Clerk of the Court; and (vii) a copy of the Affidavit of John P. Doherty shall be served on Investaid Corporation by overnight courier to the office of Defendant's registered agent,

Robert M. Rubin, 24315 Northwestern Highway, Southfield, MI 48075 no later than *August 25,*

2007, and proof of service complying with this Order shall be filed on or before the return date.

Date: *August 22, 2007*

_____
**United States District Judge**