UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DB STRUCTURED PRODUCTS, INC.,                    :

              Plaintiff,                    :

         -against-                    :

MORTGAGE CORP. OF AMERICA, INC.,        :
d/b/a/ ZONE FUNDING,

                         :
            Defendant.
--------------------------------------------------------------- :

DB STRUCTURED PRODUCTS, INC.,

                        :
             Plaintiff,

                        :
         -against-

BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                    :

            Defendant.        :
--------------------------------------------------------------

DB STRUCTURED PRODUCTS, INC.,            :

              Plaintiff,                    :

          -against-                    :

FIRST CAPITAL MORTGAGE CORP.,            :

            Defendant.        :
--------------------------------------------------------------

DB STRUCTURED PRODUCTS, INC.,            :

              Plaintiff,                    :

          -against-                    :

PRAJNA GROUP, INC. d/b/a LIBERTY        :
MORTGAGE FUNDING,

                        :
            Defendant.
------------------------------------------------------------ :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 08/27/07

**ORDER**

07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109  (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

07 Civ. 4116 (DLC)(KNF)

```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                              :

            Plaintiff,                          :

        -against-                                        :

                               07 Civ. 4117 (DLC)(KNF)

ACT LENDING CORP.,                                         :

            Defendant.                         :
```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                              :

            Plaintiff,                          :

        -against-                                        :

                               07 Civ. 4118 (DLC)(KNF)

COMMONSENSE MORTGAGE CORP., INC.,      :

            Defendant.                         :
```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                              :

            Plaintiff,                          :

        -against-                                        :

                               07 Civ. 4119 (DLC)(KNF)

LENDER, LTD.,                                              :

            Defendant.                         :
```
--------------------------------------------------------------
```
DB STRUCTURED PRODUCTS, INC.,                              :

            Plaintiff,                          :

        -against-                                        :

                               07 Civ. 4120 (DLC)(KNF)

MARIBELLA MORTAGE, LLC,                                    :

            Defendant.                         :
```
--------------------------------------------------------------
```

---

DB STRUCTURED PRODUCTS, INC.,                    :

                  Plaintiff,                    :

               -against-                    :

                                         07 Civ. 4121 (DLC)(KNF)

LANCASTER MORTAGE BANKERS, LLC,     :

                Defendant.                 :

---

DB STRUCTURED PRODUCTS, INC.,                    :

                  Plaintiff,                    :

               -against-                    :

                                         07 Civ. 4122 (DLC)(KNF)

GREAT NORTHERN FINANCIAL GROUP,     :
INC.,

                Defendant.                 :

---

DB STRUCTURED PRODUCTS, INC.,                    :

                  Plaintiff,                    :

               -against-                    :

                                       07 Civ. 4123 (DLC)(KNF)

INVESTAID CORPORATION,                    :

                Defendant.                 :

---

DB STRUCTURED PRODUCTS, INC.,                    :

                  Plaintiff,                    :

               -against-                    :

                                       07 Civ. 4124 (DLC)(KNF)

CAMERON FINANCIAL GROUP, INC.,     :

                Defendant.                 :

---

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

              -against-                    :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,           :
INC.,
                                           :
                Defendant.
------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                           :
                Plaintiff,
                                           :
              -against-
                                           :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                           :
                Defendant.
-------------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned actions on September 24, 2007, at 5:00 p.m.  The telephonic conference shall be

initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       August 27, 2007                          SO ORDERED:

                                                _Kevin Nathaniel Fox_____

                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE