

## Thacher Proffitt

Thacher Proffitt & Wood LLP

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00614

Invoice Number **54896**

July 9, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements

posted through May 31, 2007 with respect to Investaid Corporation,

our services including:

| | |
|---|---|
| Total Fees | $ 6,975.50 |
| Total Disbursements | $ 542.11 |
| TOTAL AMOUNT DUE | $ 7,517.61 |

RFH
17988-00614



## Thacher Proffitt

Thacher Proffitt & Wood LLP

PLEASE REMIT PAYMENT BY WIRE TO:

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00614

Invoice Number **54896**                                July 9, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and

disbursements posted through May 31, 2007 with respect to

Investaid Corporation, our services including:

| Date | Services | Atty. | Hours |
|------|----------|-------|-------|
| 03/02/07 | Office conference with JPD regarding case and research; research jurisdictional requirements; e-mails with KFC regarding same. | LAH | 0.3 |
| 03/13/07 | Meet with team; email to client; work on complaint and jurisdictional issues; meet with RFH. | JPD | 0.2 |
| 03/13/07 | Office conference with JPD, KFC, BEZ and MHM regarding matter; circulate and review documents provided by client; review sample complaint; office conference with BEZ regarding sample complaint. | JSK | 0.2 |
| 03/14/07 | Review transaction documents and demand letters received from client. | BEZ | 0.2 |
| 03/15/07 | Continue reviewing documents; begin drafting demand letter. | BEZ | 0.1 |
| 03/19/07 | Review transaction documents. | BEZ | 0.2 |
| 03/21/07 | Document request | SS | 0.1 |
| 03/22/07 | Work on draft Complaint; review transaction documents. | BEZ | 0.4 |
| 03/22/07 | Review of documents from Client including Volume 1 of Seller's Guide and applicable repurchase sections; telephone conference with BEZ regarding repurchase obligations and loan types; review of repurchase demands sent by Client; review of draft complaint for bulk sellers | KFC | 0.2 |
| 03/26/07 | Draft model Complaint for correspondent lenders; review documents relating to same. | BEZ | 0.4 |

Invoice Number: **54896**                                                              Page 2

| | | | | |
|---|---|---|---|---|
| 03/27/07 | Office conference with JPD regarding outstanding documents needed from client; prepare email to Mr. Paolini regarding same. | BEZ | 0.1 | |
| 03/28/07 | Draft outline of documents we have and need; prepare for and attend conference call with client; draft email to Mr. Lopena regarding same. | BEZ | 0.3 | |
| 03/28/07 | Review of outline for conference call regarding issues and outstanding documents; revised same; emails with BEZ regarding same; conference call with RFH, JPD, BEZ and Jay Strauss, Steve Paolini and Robert Lopena; office conference with BEZ, JPD, RFH regarding repurchase demands. | KFC | 0.1 | |
| 03/30/07 | Email from Mr. Lopena regarding documents; emails with DG regarding same; emails with KFC regarding same; email to KFC and JSK regarding status. | BEZ | 0.2 | |
| 04/02/07 | Emails with BEZ regarding status of outstanding information from Client; emails regarding commitment letters. | KFC | 0.5 | |
| 04/04/07 | Work on demand letters; emails to Mr. Lopena; telephone conference with KFC; team emails; review materials provided by Client and SOF. | JPD | 0.2 | |
| 04/04/07 | Team emails regarding materials received to date; draft chart detailing what materials received for each lender; office and phone conferences with MHM, BEZ and JNN regarding same. | JSK | 0.2 | |
| 04/04/07 | Telephone conference and emails with JSK regarding chart for commitment letters and other information per lender; review of all documentation collected to date and determined what is still needed; email to JPD, RFH, BEZ and JSK regarding same. | KFC | 0.3 | |
| 04/05/07 | Work on demand letters; emails to Mr. Lopena; telephone conference with KFC; team emails; review materials provided by Client and SOF. | JPD | 0.2 | |
| 04/05/07 | Telephone conference with JPD regarding status of information gathering for repurchase demands and complaint; drafted email to Robert Lopena regarding same. | KFC | 0.1 | |
| 04/09/07 | Office conference with JPD and KFC regarding status and outstanding documents; draft email to Mr. Lopena; revise demand letters. | BEZ | 0.3 | |
| 04/09/07 | Work on demand letters and complaints; email Mr. Strauss; revise email to Mr. Lopena. | JPD | 0.2 | |
| 04/09/07 | Telephone conference with JPD and BEZ regarding status of litigations for all lenders; reviewed all repurchase schedules; reviewed seller loan purchase agreements regarding demand requirement. | KFC | 0.3 | |
| 04/10/07 | Review Commitment letters for notice provisions. | BEZ | 0.2 | |
| 04/10/07 | Work on demand letter and complaint; meet with KFC and BEZ; emails with Mr. Lopena and Mr. Paolini. | JPD | 0.1 | |

| 04/11/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
|---|---|---|---|
| 04/11/07 | Telephone conference with JPD and BEZ regarding demand letters for various sellers and other matters; review of additional commitment letters and schedules; review of repurchase schedules; email to Bob Lopena regarding same; email to Kelli Stenstrom regarding amendments to Seller Guide. | KFC | 0.1 |
| 04/12/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
| 04/12/07 | Reviewed all amendments to Volume 1 of Seller Guide; reviewed purchase dates for all loans; office conferences with JPD and BEZ regarding demands and complaints. | KFC | 0.2 |
| 04/12/07 | Drafted repurchase demand; office conference with JPD and BEZ regarding same. | KFC | 0.8 |
| 04/13/07 | Work on demand letter and complaint; emails with client; meet with BEZ and KFC. | JPD | 0.4 |
| 04/13/07 | Office conference with JPD and BEZ regarding demand letters and outstanding agreements, commitment letters and repurchase schedules. | KFC | 1.9 |
| 04/16/07 | Work on demand letters and complaints; team emails. | JPD | 0.2 |
| 04/17/07 | Work on complaint; team emails; meetings; email with client. | JPD | 0.3 |
| 04/18/07 | Work on complaints; meet with BEZ, KFC and JSK; emails with Client. | JPD | 0.3 |
| 04/19/07 | Work on complaints; meet with BEZ, JSK and KFC; emails with client; review seller files. | JPD | 0.3 |
| 04/20/07 | Work on complaints; meet with BEZ, KFC and JSK. | JPD | 0.2 |
| 04/20/07 | Reviewed and revised complaint. | KFC | 0.5 |
| 04/20/07 | Review draft complaint. | RFH | 0.1 |
| 04/23/07 | Review loan files; update lender spreadsheet accordingly. | JNN | 0.4 |
| 04/24/07 | Review the various commitment letters; fact investigation; create list related to paragraph 2C regarding same. | JNN | 0.1 |
| 04/24/07 | Follow up regarding complaint, demand letters and commitment letters; meetings. | JPD | 0.1 |
| 04/24/07 | Revised repurchase schedules for demand letter. | KFC | 0.2 |
| 04/26/07 | Finalize Demand Letter. | JNN | 0.3 |
| 04/26/07 | Oversee finalization and service of demand letters; emails with client. | JPD | 0.2 |
| 04/26/07 | Review and finalize demand letters; team emails regarding same; | JSK | 0.5 |

|  | draft cover letter to JPD attaching same; calculate total demand amount; Revise commitment letters; emails to team attaching same; draft emails to and review emails from LD regarding status of incorporation; office conference with JPD and BEZ regarding complaint of demand letters. |  |  |
|---|---|---|---|
| 04/26/07 | Finalizing and sending out demand letters. | MHM | 0.5 |
| 05/01/07 | Conferences with and emails to/from team. | JSK | 0.1 |
| 05/03/07 | Office conference and emails with JNN regarding chart and relevant documents. | JSK | 0.1 |
| 05/08/07 | Prepare for filing and service of complaint upon registered agent. | BEZ | 0.5 |
| 05/08/07 | Review recently received lenders' documents; update Spreadsheet accordingly; work on list of commitment letters; review lenders' files; gather and organize documents in preparation of complaint. | JNN | 0.4 |
| 05/08/07 | Team meeting; oversee complaints for filing; emails with Client; review status chart. | JPD | 0.3 |
| 05/10/07 | Draft and revise documents for filing of Complaint. | BEZ | 0.3 |
| 05/10/07 | Draft and revise documents for filing of Complaint. | BEZ | 0.4 |
| 05/10/07 | Research; finalize Summons and Model Civil Cover Sheet; organize accordingly. | JNN | 0.5 |
| 05/22/07 | Revise complaints; telephone conference with KFC; team emails; updated chart; emails with Mr. Lopena and Ms. Stenstrom. | JPD | 0.2 |
| 05/23/07 | Revise complaints; emails and telephone conference with Ms. Stenstrom; emails with Mr. Lopena; review email notifications. | JPD | 0.3 |
| 05/24/07 | Prepare Complaint for filing. | BEZ | 0.4 |
| 05/24/07 | Oversee preparation of complaints; telephone conference with Ms. Stenstrom; emails with DBSP; meet with BEZ, JSK and MHM; revise complaints; emails with Mr. Lopena; telephone conference with Mr. Lopena; email to Mr. Commaroto. | JPD | 0.4 |
| 05/24/07 | Add K. Stenstrom language to complaint and revise complaint for filing; assemble complaint and exhibits for filing. | JSK | 0.3 |
| 05/24/07 | Final preparation in filing of complaint. | MHM | 0.2 |
| 05/25/07 | Finalize Complaint; supervise filing of same. | BEZ | 0.5 |
| 05/25/07 | Purchased index number, filed complaint and Rule 7.1 Statement and had Summons issued by clerk in SDNY. | JEW | 0.3 |
| 05/25/07 | Oversee filing of complaint; meet with BEZ and JSK; telephone conference with Ms. Stenstrom; emails with DBSP. | JPD | 0.5 |
| 05/25/07 | Prepare complaint for filing. | JSK | 0.3 |
| 05/29/07 | Office conferences with MM and JTH regarding service and filing | BEZ | 0.2 |

| | | | | | |
|---|---|---|---|---|---|
| | issues. | | | | |
| 05/29/07 | Follow up regarding filing and service of complaints; emails with Ms. Stenstrom. | JPD | 0.2 | | |
| 05/30/07 | Follow up regarding service of process and related issues; meet with BEZ; oversee CD to client; emails with Ms. Stenstrom; handle Bloomberg news issues with Ms. Stenstrom and Ted Meyer at Client; emails regarding the same. | JPD | 0.2 | | |
| 05/31/07 | Follow up regarding filing and service; letter to Ms. Stenstrom. | JPD | 0.1 | | |
| | Total Hours | | 20.7 | | |
| | Total Fees | | | $ | 6,975.50 |
| | Disbursements Posted | | | | |
| | Duplicating | | 12.32 | | |
| | Federal Express | | 15.06 | | |
| | Local Transportation | | 164.73 | | |
| | Miscellaneous Filing Fee | | 350.00 | | |
| | Total Disbursements | | | $ | 542.11 |
| | TOTAL AMOUNT DUE | | | $ | 7,517.61 |
| RFH 17988-00614 | | | | | |

Invoice Number: **54896**                                    Page 6

|  | Hours | Rate | Total |
|---|---|---|---|
| **Attorney Summary** | | | |
| Attorney | Hours | Rate | Total |
| Partner | | | |
| ( JPD ) Doherty, John P. | 5.9 | 400.00 | 2,360.00 |
| ( RFH ) Hans, Richard F. | 0.1 | 400.00 | 40.00 |
| Associate | | | |
| ( KFC ) Cunningham, Kerry F. | 5.2 | 350.00 | 1,820.00 |
| ( LAH ) Herbert, Lisa A. | 0.3 | 300.00 | 90.00 |
| ( JSK ) Kozar, Jennifer S. | 1.7 | 300.00 | 510.00 |
| ( MHM ) Mulhearn, Mary H. | 0.7 | 250.00 | 175.00 |
| ( BEZ ) Zahner, Brendan E. | 4.7 | 350.00 | 1,645.00 |
| Legal Assistant | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 1.7 | 175.00 | 297.50 |
| ( SS ) Sobhan, Siham | 0.1 | 155.00 | 15.50 |
| Administrative | | | |
| ( JEW ) Wilson, Jonathan E. | 0.3 | 75.00 | 22.50 |
| | 20.7 | | |

|  |  |
|---|---|
| Total Fees | $ 6,975.50 |
| Total Disbursements | $ 542.11 |
| TOTAL AMOUNT DUE | $ 7,517.61 |

RFH
17988-00614



## Thacher Proffitt

Thacher Proffitt & Wood LLP

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFI1 17988-00614

Invoice Number **57602**

July 24, 2007

FEDERAL ID NO. 13-5612353

| | |
|---|---|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through June 30, 2007 with respect to Investaid Corporation, our services including: | |
| Total Fees | $    567.50 |
| Total Disbursements | $    20.16 |
| TOTAL AMOUNT DUE | $    587.66 |
| RFI1 17988-00614 | |



# Thacher Proffitt

Thacher Proffitt & Wood L.L.P

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00614

Invoice Number **57602**                                July 24, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and

disbursements posted through June 30, 2007 with respect to

Investaid Corporation, our services including:

| Date | Services | Atty. | Hours |
|------|----------|-------|-------|
| 06/01/07 | Emails with Ms. Stenstrom and Mr. Ted Meyer at DBSP; emails with Bloomberg. | JPD | 0.1 |
| 06/08/07 | Meet with team; litigation issues; status email. | JPD | 0.1 |
| 06/08/07 | Conference with JPD, BEZ and JSK regarding status. | KFC | 0.2 |
| 06/11/07 | Status email; meet with BEZ and KFC; outline strategy; review court notices. | JPD | 0.1 |
| 06/12/07 | Emails with DBSP. | JPD | 0.1 |
| 06/14/07 | Filed original Summons with Affidavit of Service in SDNY. | JEW | 0.4 |
| 06/14/07 | Review complaint; include claim damages amount to total sum. | JNN | 0.1 |
| 06/14/07 | Court status; status emails with DBSP. | JPD | 0.1 |
| 06/14/07 | Review, update and circulate lender spreadsheet. | JSK | 0.1 |
| 06/19/07 | Office conference with JPD, KFC and JSK regarding status and handling. | BEZ | 0.1 |
| 06/19/07 | Meet with TPW team; status email. | JPD | 0.1 |
| 06/19/07 | Conference with JPD, BEZ, and JSK regarding strategy and status. | KFC | 0.1 |
| 06/25/07 | Status meeting; emails to DBSP regarding all matters. | JPD | 0.1 |
| 06/26/07 | Status email. | JPD | 0.1 |

Invoice Number: **57602**                                                         Page 2

| 06/28/07 | Draft email regarding defaulting lenders. | BEZ | 0.1 | | |
|---|---|---|---|---|---|
| | Total Hours | | 1.9 | | |
| | Total Fees | | | $ | 567.50 |
| | Disbursements Posted | | | | |
| | Outside Duplicating | | 20.16 | | |
| | Total Disbursements | | | $ | 20.16 |
| | TOTAL AMOUNT DUE | | | $ | 587.66 |
| | RFH 17988-00614 | | | | |

Invoice Number: **57602**                                                          Page 3

| Attorney Summary<br>Attorney | Hours | Rate | Total |
|---|---|---|---|
| Partner | | | |
| ( JPD ) Doherty, John P. | 0.8 | 400.00 | 320.00 |
| Associate | | | |
| ( KFC ) Cunningham, Kerry F. | 0.3 | 350.00 | 105.00 |
| ( JSK ) Kozar, Jennifer S. | 0.1 | 250.00 | 25.00 |
| ( BEZ ) Zahner, Brendan E. | 0.2 | 350.00 | 70.00 |
| Legal Assistant | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 0.1 | 175.00 | 17.50 |
| Administrative | | | |
| ( JEW ) Wilson, Jonathan E. | 0.4 | 75.00 | 30.00 |
| | 1.9 | | |

|  | | |
|---|---|---|
| Total Fees | $ | 567.50 |
| Total Disbursements | $ | 20.16 |
| TOTAL AMOUNT DUE | $ | 587.66 |

RFH
17988-00614



# Thacher Proffitt

Thacher Proffitt & Wood LLP

## REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00614

Invoice Number **58880**

August 28, 2007

FEDERAL ID NO. 13-5612353

|  | FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Investaid Corporation, our services including: |  |  |
|---|---|---|---|
|  | Total Fees | $ | 1,932.50 |
|  | Total Disbursements | $ | 1.14 |
|  | Total | $ | 1,933.64 |
|  | Outstanding Amount from Prior Bills | $ | 8,105.27 |
|  | TOTAL AMOUNT DUE | $ | 10,038.91 |
| RFH 17988-00614 |  |  |  |



**Thacher Proffitt & Wood LLP**

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFI1 17988-00614

Invoice Number **58880**

August 28, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Investaid Corporation, our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 07/02/07 | Meet with team; status. | JPD | 0.1 |
| 07/02/07 | Conference with JDP, BEZ and MM regarding status, draft email to DBSP. | KFC | 0.1 |
| 07/06/07 | Default judgment motions. | JPD | 0.1 |
| 07/11/07 | Work on motions for default. | JPD | 0.2 |
| 07/13/07 | Prepare draft default judgment documents. | CAL | 0.5 |
| 07/17/07 | Work on default judgments. | JPD | 0.2 |
| 07/18/07 | Review case file; gather and organize documents accordingly. | JNN | 0.2 |
| 07/19/07 | Review pleadings; locate and gather the Notice of Initial Pretrial Conference; prepare letter enclosing same; prepare letter to the Honorable Denise Cote enclosing filed complaint. | JNN | 0.6 |
| 07/19/07 | Status meeting. | JPD | 0.1 |
| 07/20/07 | Hand deliver courtesy copy of the filed complaint to the Honorable Denise Cote. | JNN | 0.1 |
| 07/23/07 | Arrange adjournment of initial pre-trial conference. | BEZ | 0.2 |
| 07/23/07 | Prepare Affidavit of Service of the Notice of Initial Pretrial Conference; coordinate public notarization accordingly; arrange for docketing; work on file pleading log. | JNN | 0.7 |
| 07/23/07 | Prepare for conference; status. | JPD | 0.2 |

Invoice Number: **58880**                                               Page 2

| 07/24/07 | Discuss default judgment papers with AFW. | CAL | 0.2 | |
|---|---|---|---|---|
| 07/24/07 | Discovery issues. | JPD | 0.1 | |
| 07/25/07 | Work on file pleading log; case file management. | JNN | 0.3 | |
| 07/26/07 | Work on default motion. | JPD | 0.3 | |
| 07/30/07 | Review/revise default judgment papers. | CAL | 0.6 | |
| 07/30/07 | Work on default motion. | JPD | 0.3 | |
| 07/31/07 | Review/revise default papers; address procedural issues. | CAL | 0.8 | |
| 07/31/07 | Letter to Judge Cote; work on Rule 26 disclosures; prepare for status conference. | JPD | 0.3 | |
| | Total Hours | | 6.2 | |
| | Total Fees | | | $ 1,932.50 |
| | Disbursements Posted | | | |
| | Postage Expense | | 1.14 | |
| | Total Disbursements | | | $ 1.14 |
| | TOTAL AMOUNT DUE | | | $ 1,933.64 |

RFH
17988-00614

| Attorney Summary                          | Hours | Rate   | Total       |
|-------------------------------------------|-------|--------|-------------|
| Partner                                   |       |        |             |
| ( JPD ) Doherty, John P.                  | 1.9   | 400.00 | 760.00      |
| Associate                                 |       |        |             |
| ( KFC ) Cunningham, Kerry F.              | 0.1   | 350.00 | 35.00       |
| ( CAL ) Lynch, Christopher A.             | 2.1   | 350.00 | 735.00      |
| ( BEZ ) Zahner, Brendan E.                | 0.2   | 350.00 | 70.00       |
| Legal Assistant                           |       |        |             |
| ( JNN ) Novikov-Carles, Jackeline N.      | 1.9   | 175.00 | 332.50      |
|                                           | 6.2   |        |             |

|                       |     |            |
|-----------------------|-----|------------|
| Total Fees            | $   | 1,932.50   |
| Total Disbursements   | $   | 1.14       |
| TOTAL AMOUNT DUE      | $   | 1,933.64   |

RFH
17988-00614



## Thacher Proffitt

Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00614

Invoice Number **DRAFT**                                September 17, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and

disbursements posted through August 31, 2007 with respect to

Investaid Corporation, our services including:

| Date | Services | Atty. | Hours |
|------|----------|-------|-------|
| 08/01/07 | Work on/ revise default papers. | CAL | 0.4 |
| 08/03/07 | Prepare for and attend conference before Judge Cote; prepare for same; outline report to client; email with DBSP. | JPD | 0.4 |
| 08/06/07 | Draft and revise status email. | BEZ | 0.4 |
| 08/09/07 | Discuss damages issues for default with JFD. | CAL | 0.1 |
| 08/13/07 | Update status chart. | MHM | 0.1 |
| 08/15/07 | Address attorneys' fees issues for default judgment. | CAL | 0.1 |
| 08/16/07 | Revise/finalize papers for default certificate from Clerk; revise affidavits for fees. | CAL | 0.7 |
| 08/16/07 | Obtained signature on Clerk's Certificate from Judgment Clerk in SDNY. | JEW | 0.4 |
| 08/17/07 | Revise default judgment papers. | CAL | 0.2 |
| 08/17/07 | Work on application for default judgment. | JNN | 0.5 |
| 08/21/07 | Revise papers; conference with MM on filing of same. | CAL | 0.2 |
| 08/22/07 | Finalize default papers and bring to Chambers for Order to Show Cause. | CAL | 0.9 |
| 08/22/07 | Submitted and obtained signature on Order to Show Cause by Judge Cote in SDNY. | JEW | 0.7 |

| 08/22/07 | Finalize Court Filings. | JNN | 0.6 | | |
|---|---|---|---|---|---|
| 08/23/07 | Prepare and organize documents; coordinate service of order to show cause and affidavit of John P. Doherty upon resident agent; office meeting with CAL regarding same. | JNN | 0.3 | | |
| 08/27/07 | Review emails regarding status of defaults. | CAL | 0.1 | | |
| 08/30/07 | Work on Affidavit of Service of the Order to Show Cause and Affidavit of John P. Doherty in Support of Application for Default Judgment with exhibits; coordinate public notarization accordingly; arrange for docketing. | JNN | 0.7 | | |
| | Total Hours | | 6.8 | | |
| | Total Fees | | | $ | 1,841.50 |
| | Disbursements Posted | | | | |
| | Duplicating | | 14.74 | | |
| | Federal Express | | 15.61 | | |
| | Total Disbursements | | | $ | 30.35 |
| | TOTAL AMOUNT DUE | | | $ | 1,871.85 |

RFH
17988-00614

| Attorney Summary<br>Attorney | Hours | Rate | Total |
|---|---|---|---|
| Partner | | | |
| ( JPD ) Doherty, John P. | 0.4 | 400.00 | 160.00 |
| Associate | | | |
| ( CAL ) Lynch, Christopher A. | 2.7 | 395.00 | 1,066.50 |
| ( MHM ) Mulhearn, Mary H. | 0.1 | 250.00 | 25.00 |
| ( BEZ ) Zahner, Brendan E. | 0.4 | 350.00 | 140.00 |
| Legal Assistant | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 2.1 | 175.00 | 367.50 |
| Administrative | | | |
| ( JEW ) Wilson, Jonathan E. | 1.1 | 75.00 | 82.50 |
| | 6.8 | | |

|  | | |
|---|---|---|
| Total Fees | $ | 1,841.50 |
| Total Disbursements | $ | 30.35 |
| TOTAL AMOUNT DUE | $ | 1,871.85 |

RFH
17988-00614