UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

    Plaintiff,

-against-

INVESTAID CORPORATION

    Defendant.

ECF CASE

07 Civ. 4123 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

## DEFAULT JUDGMENT

This action having been commenced on May 25, 2007 by the filing of the Complaint, and a copy of the (i) Complaint; (ii) Summons; (iii) Explanation of Relatedness; (iv) Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure; (v) Civil Cover Sheet; (vi) Individual Practices of Judge Denise Cote; (vii) Individual Rules of Practice of Judge Kevin Nathaniel Fox; (viii) 3rd Amended Instructions For Filing An Electronic Case or Appeal; (ix) Procedures for Electronic Case Filing; and (x) Guidelines for Electronic Case Filing having been properly served on the defendant, Investaid Corporation ("Defendant") on June 4, 2007 by personally serving Defendant's registered agent, Robert M. Rubin, 24315 Northwestern Highway, Southfield, MI 48075, and a proof of service having been filed on June 13, 2007, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED** that Plaintiff have judgment against Defendant in the liquidated amount of $5,545,440.07 with interest at $1,445.12 per diem from 04/19/07 through 09/14/07 amounting to

$215,322.88, and attorneys' fees and costs in the amount of $11,910.76, amounting in all to $5,772,673.71; and it is further

**ORDERED** that within thirty (30) days following payment in full of the amount awarded by this Default Judgment, Plaintiff shall return to Defendant the Mortgage Loans[2] as set forth in the Purchase Agreement.

*The Clerk of Court shall close the case.*

Dated: New York, New York

September 14, 2007

United States District Judge

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Complaint.

2